NO. SCWC-29491

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

**CIVIL NO. 05-1-0947**

LON WILLIAMS, Individually and as Personal Representative
of the ESTATE OF ALACIA WILLIAMS, Deceased,
Petitioner/Plaintiff-Appellant,
vs.
MARC HENDERSON and STATE OF HAWAI'I,
Respondents/Defendants-Appellees,
and
LORRIE ANN MONIZ and CITY AND COUNTY OF HONOLULU, Defendants,
and
STATE OF HAWAI'I, Defendant/Third-Party Plaintiff-Appellee,
vs.
KARIN R. WILLIAMS; CITY AND COUNTY OF HONOLULU; and GIRL SCOUT
COUNCIL OF HAWAI'I, Third-Party Defendants-Appellees.

---

**CIVIL NO. 05-1-0846**

ALAN GOTO, Individually and as Personal Representative of the
ESTATE OF RYAN GOTO, Deceased; DAVID BEGA; and PAUL JAVIER,
Petitioners/Plaintiffs-Appellants,
vs.
MARC HENDERSON; KARIN R. WILLIAMS; GIRL SCOUT COUNCIL OF HAWAI'I;
STATE OF HAWAI'I, Respondents/Defendants-Appellees,
and
LORRIE ANN MONIZ, Defendant,
and
STATE OF HAWAI'I, Third-Party Plaintiff-Appellee,
vs.
CITY AND COUNTY OF HONOLULU, Third-Party Defendant-Appellee.

**CIVIL NO. 05-1-1045**

KARIN WILLIAMS, Petitioner/Plaintiff-Appellant,
vs.
MARC HENDERSON; STATE OF HAWAIʻI,
Respondents/Defendants-Appellees,
and
LORRIE ANN MONIZ, Defendant,
and
STATE OF HAWAIʻI, Third-Party Plaintiff-Appellee,
vs.
CITY AND COUNTY OF HONOLULU, Third-Party Defendant-Appellee.

---

**CIVIL NO. 05-1-0883**

GEORGIE-ANN GOTO, Individually and as Guardian of the Property
of BOWEN GOTO, a minor, Petitioner/Plaintiff-Appellant,
vs.
MARC HENDERSON; KARIN R. WILLIAMS; GIRL SCOUT COUNCIL OF HAWAIʻI;
STATE OF HAWAIʻI, Respondents/Defendants-Appellees,
and
STATE OF HAWAIʻI, Cross-Plaintiff,
vs.
CITY AND COUNTY OF HONOLULU, Cross-Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29491; CIV. NOS. 05-1-0947, 05-1-0846,
05-1-1045 and 05-1-0883)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acoba, and Pollack, JJ., and Circuit
Judge Castagnetti, in place of McKenna, J., recused,
with Recktenwald, C.J., dissenting)

The Application for Writ of Certiorari filed on August

24, 2012 by Petitioners/Plaintiffs-Appellants Alan Goto;

Individually and as Personal Representative of the Estate of Ryan

Goto, Deceased; David Bega; Paul Javier; Lon Williams,

Individually and as Personal Representative of the Estate of

Alacia Williams; Karin Williams, and Georgie-Ann Goto,

2

Individually and as Guardian of the Property of Bowen Goto is hereby rejected.

DATED:  Honolulu, Hawai'i, October 8, 2012.

James J. Bickerton,
for petitioners Alan Goto,
David Bega, and Paul Javier

James T. Leavitt, Jr., for
petitioner Georgie-Ann Goto

Charles J. Ferrera, for
petitioner Karin Williams

Robin M. Kishi and Caron
M. Inagaki, for respondent
State of Hawai'i

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti




DISSENT BY RECKTENWALD, C.J.

I respectfully dissent.  For the reasons articulated in Chief Judge Nakamura's dissenting opinion in <u>Williams v. Henderson</u>, No. 29491, 2012 WL 1951389 (App. May 31, 2012) (SDO), I would grant the petitioners' application.

/s/ Mark E. Recktenwald

3